**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7127**

---

KENDELL C. ALEXANDER,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

---

**No. 99-7540**

---

KENDELL C. ALEXANDER,

                              Plaintiff  - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

---

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CA-
99-298-PJM)

---

Submitted:  January 11, 2000          Decided:  February 8, 2000

Before MURNAGHAN, LUTTIG, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kendell C. Alexander, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Appellant Kendell C. Alexander appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. See <u>Alexander v. United States</u>, No. CA-99-298-PJM (D. Md. July 27 & Sept. 30, 1999). We deny Alexander's motion to remand filed in No. 99-7127. Furthermore, we deny Alexander's motions captioned "Motion of Expedite of Appeals" and "Motion to Strike Appellee's Response to Appellant's Pro Se Informal Brief." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3